## No. 7394.

### A. R. RICHARDSON VS. M. AND A. FISCHER.

A mortgage note having been pledged to a firm, and a subsequent agreement having been made by the pledgor with one of the members of the firm for the collection of the note, such agreement constitutes that member a special agent of the pledgor and the other members of the firm are not responsible to the pledgor for any excess realized over and above the debt for which the pledge was given.

APPEAL from the District Court for West Feliciana. YOIST, J.

*Leake* for Plaintiff. *Wickliffe & Fischer* for Defendants Appellants.

DE BLANC, J., delivered the opinion reversing the judgment, and rejecting the demand.